9322.   ROBERTS *v.* SWIFT & COMPANY FERTILIZER WORKS.

BROYLES, P. J. Under all the facts of the case, the court did not err in dismissing, upon an oral motion made by the plaintiff in execution, the affidavit of illegality as amended.

> *Judgment affirmed. Bloodworth and Harwell, JJ., concur.*
> DECIDED MARCH 12, 1918.

Affidavit of illegality of execution; from city court of Ashburn —Judge Tipton. October 16, 1917.

*E. Wall*, for plaintiff in error. *J. A. Comer*, contra.